OGDEN & FRICKS LLP
ROY E. OGDEN, SBN 126961
SUE N. CARRASCO, SBN 139080
656 Santa Rosa Street, Suite 2B
San Luis Obispo, CA 93401
(805) 544-5600/(805) 544-7700 (Fax)

Attorneys for Plaintiff
Galileo Surgery Center, L.P.

REED SMITH LLP
AMIR SHLESINGER, SBN 204132
JONATHAN D. GERSHON, SBN 306979
355 South Grande Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000/(213) 457-8080 (Fax)

Attorneys for Defendant
Blue Cross and Blue Shield of Texas

JS-6

FILED
CLERK, U.S. DISTRICT COURT

June 1, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALILEO SURGERY CENTER, L.P., | Case No.: 2:17-cv-01741-SJO-AS |
| Plaintiff, | **[Honorable S. James Otero]** |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| BLUE CROSS BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, AND INDEPENDENT LICENSEE OF THE BLUE CROSS AND BLUE SHIELD ASSOCIATION; ANTHEM BLUE CROSS HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA, and DOES 1 through 50 inclusive, | |
| Defendants. | |

Ogden & Fricks LLP

## <u>ORDER</u>

Based on the parties' stipulation for dismissal under F.R.Civ.P.41(a)(1)(A)(ii), this Court:

1.    DISMISSES with prejudice this entire action and all claims;

2.    VACATES all pending dates and matters; and

3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: _____ June 1, 2017

_____

~~SENIOR~~ DISTRICT JUDGE

2

Ogden & Fricks LLP

## PROOF OF SERVICE

(C.C.P. §§ 1013, 1013a, 2015.5)

I, the undersigned, am employed in the County of San Luis Obispo, State of California; I am over the age of eighteen years and not a party to the within entitled action; my business address is 656 Santa Rosa Street, Suite 2B, San Luis Obispo, California, 93401.

On the date set forth below, I served the within document entitled **[PROPOSED] ORDER OF DISMISSAL** on the interested party by the method of service indicated below, and addressed as follows:

| | |
|---|---|
| **Hon. S. James Otero**<br>**US District Court, Central District**<br>**First Street Courthouse**<br>**Courtroom 10C, 10th Floor**<br>**350 West First Street**<br>**Los Angeles, CA 90012**<br><br>**Via Overnight Delivery** | **Amir Shlesinger, Esquire**<br>**Jonathan D. Gershon, Esquire**<br>**Reed Smith LLP**<br>**355 South Grand Avenue, Suite 2900**<br>**Los Angeles, California 90071-1514**<br><br>**Attorneys for Defendant Blue Cross**<br>**and Blue Shield of Texas** |

___X____    **BY MAIL.**  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.  I deposited such envelope in the mail at San Luis Obispo, California.  The envelope was mailed with postage thereon fully prepaid.

__X_____    **BY OVERNIGHT MAIL.** I served the foregoing document(s) on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope. I sent such envelope by overnight delivery and placed such envelopes in the designated pick-up box for such overnight delivery service.

_____    **BY PERSONAL SERVICE.** I served the foregoing document(s) on the interested parties in this action by personally delivering true copies of said document to the persons identified as follows (or by leaving same with the person in charge of such person's office).

_____    **BY FACSIMILE.** I served the foregoing document(s) by transmitting a copy of the document(s) by a "FAX" machine at the FAX number shown above or on the attached list.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 30, 2017, at San Luis Obispo, California.

*Linda Sue Furnari*

Linda Sue Furnari

**PROOF OF SERVICE**